

An official website of the United States government

Here's how you know



EOIR | Automated Case Information

**Court Closures Today**  May 4, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **CEESAY, SERING (073-539-596)**



# Automated Case Information

## Name: CEESAY, SERING  |  A-Number: 073-539-596



### 📅 Next Hearing Information



*There are no future hearings for this case.*

### ⚖️ Court Decision and Motion Information

The immigration judge **GRANTED** voluntary departure.

**DECISION DATE**

September 22, 1997



**COURT ADDRESS**

26 FEDERAL PLZ, 12TH FL RM1237

NEW YORK, NY 10278

---

**MOTION TO REOPEN, IJ JURISDICTION**

A Motion to Reopen IJ Jurisdiction was completed on **April 25, 2025**. It was **DENIED**.



## BIA Case Information

No appeal was received for this case.



## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

26 FEDERAL PLZ 12TH FL RM 1237

NEW YORK, NY 10278

**PHONE NUMBER**

(212) 264-5958

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review

5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041

