IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SERING CEESAY,

    *Plaintiff,*

v.

**Pam BONDI,** Attorney General of the United States; Sirce **E. OWEN** acting Director of the Executive Office for Immigration Review (EOIR); **Michael P. DAVIS** is the acting Assistant Chief Immigration Judge, Executive Office of Immigration Review[1]; **James McHENRY,** acting Attorney General of the United States; **Kristi NOEM,** in her official capacity as Secretary, **U.S. Department of Homeland Security** and **U.S. Immigration and Customs Enforcement,**

    *Defendants.*

Civil Action No.: 1:25-cv-03716

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the Memorandum of Law in Support of the Motion and the Exhibit thereto and the Complaint and Exhibits thereto (ECF No. 1 and ECF No. 1-1-1-5), IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return *by noon on 5/8/25* as to why the temporary restraining order should not be granted~~; by~~.

2. Petitioner shall have an opportunity to reply by *noon on 5/9/25*; and

3. This matter shall be heard by the Court on *5/9/25 at 2 p.m. in Courtroom 14-B at 500 Pearl St., New York, N.Y.*

---

[1] As of the date of the date of this petition, the position of Chief Immigration Judge for the Executive Office of Immigration Review is vacant. *See* https://www.justice.gov/eoir/office-of-the-chief-immigration-judge

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from (a) from detaining Mr. Ceesay on May 6, 2025, or May 7, 2025, for the purposes of removal from the United States, (b) attempting to remove the Plaintiff outside of the jurisdiction of the United States District Court for the Southern District of New York and (c) removing Petitioner from the United States;

5. Pending consideration, Respondents ARE HEREBY RESTRAINED from moving Plaintiff unless seventy-two (72) hours written notice of any movement is provided to Plaintiff's counsel;

6. And such other and further relief as the Court may find appropriate:

//

DATED: __5/5/__, 2025
New York

_____
Hon. Jed S. Rakoff
United States District Judge