IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERING CEESAY,<br><br>*Plaintiff,*<br><br>v.<br><br>**Pam BONDI,** Attorney General of the United States; **Sirce E. OWEN** acting Director of the Executive Office for Immigration Review (EOIR); **Michael P. DAVIS** is the acting Assistant Chief Immigration Judge, Executive Office of Immigration Review[1]; **James McHENRY**, acting Attorney General of the United States; **Kristi NOEM**, in her official capacity as Secretary, **U.S. Department of Homeland Security**; and **U.S. Immigration and Customs Enforcement,**<br><br>*Defendants.* | **Civil Action No.: 1:25-cv-03716** |

## a [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the Memorandum of Law in Support of the Motion and the Exhibit thereto and the Complaint and Exhibits thereto (ECF No. 1 and ECF No. 1-1-1-5), IT IS HEREBY ORDERED that:

1. Defendants are ORDERED to file a return by 11:59 p.m. on May 9, 2025, as to why the temporary restraining order should not be granted;

2. Plaintiffs shall have an opportunity to reply by May 12, 2025, by 11:59 p.m.;

---

[1] As of the date of the date of this petition, the position of Chief Immigration Judge for the Executive Office of Immigration Review is vacant. *See https://www.justice.gov/eoir/office-of-the-chief-immigration-judge*

3.  This matter shall be heard by the Court on May 13, 2025, at 2:00 p.m. in Courtroom 14-B, 500 Pearl Street, New York, NY 10007;

4.  Pending consideration, Defendants ARE HEREBY RESTRAINED from (a) ~~from~~ detaining Mr. Ceesay for the purposes of removal from the United States, (b) attempting to remove the Plaintiff outside of the jurisdiction of the United States District Court for the Southern District of New York and (c) removing Petitioner from the United States;

5.  Pending consideration, Defendants ~~Respondents~~ ARE HEREBY RESTRAINED from moving Plaintiff unless seventy-two (72) hours written notice of any movement is provided to Plaintiff's counsel;

6.  And such other and further relief as the Court may find appropriate:

//

DATED: 5/7, 2025
New York

_____
Hon. Jed S. Rakoff
United States District Judge